UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | A. Benjamin Goldgar | Hearing Date | November 25, 2013 |
| Bankruptcy Case No. | 13 B 44986 | Adversary No. | |

Title of Case: 35th & Morgan Development Corp. (Involuntary Ch. 7)

**Brief Statement of Motion**: Application to Set Hearing on Emergency Motion (docket no. 12)

**Names and Addresses of moving counsel**:

**Representing**:

## ORDER

Application to Set Hearing on Emergency Motion is granted. Movant must notice the motion before Judge Goldgar for November 27, 2013 at 9:30 a.m. in Courtroom 642, 219 South Dearborn Street Chicago, IL. Respondent is to give notice of the hearing in compliance with paragraph E of General Order No. 12-01 Regarding Procedures for Emergency Motions.

*/s/ A. Benjamin Goldgar*