# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-44986-ABG |
| | § | |
| 35th & Morgan Development Corp. | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/20/2013. The undersigned trustee was appointed on 05/09/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $3,240,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $188,754.63 |
   | Bank service fees | $0.00 |
   | Other Payments to creditors | $82,417.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $2,968,828.37 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was <u>01/20/2015</u> and the deadline for filing government claims was <u>01/20/2015</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$115,123.71</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$115,123.71</u>, for a total compensation of <u>$115,123.71</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$0.00,</u> for total expenses of <u>$0.00</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>08/02/2016</u>                    By:    /s/ Gus A. Paloian
                                                    Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1          Exhibit A

| Case No.: | 13-44986-ABG | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | 35TH & MORGAN DEVELOPMENT CORP. | Date Filed (f) or Converted (c): | 11/20/2013 (f) |
| For the Period Ending: | 8/2/2016 | §341(a) Meeting Date: | 07/23/2014 |
| | | Claims Bar Date: | 01/20/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | 1008-1042 W. 35th Street, Chicago, IL 60609 (approx.) | $8,000,000.00 | $0.00 | | $3,240,000.00 | FA |
| **Asset Notes:** | Property sale concluded | | | | | |
| 2 | North Community Bank Checking Account (approx.) | $55.25 | $55.25 | | $0.00 | FA |
| 3 | PNC Bank Money Market Account (approx.) | $11,980.60 | $11,980.60 | | $0.00 | FA |
| 4 | Claims against Levenfeld Pearlstein, LLC for malpractice. | Unknown | $0.00 | | $0.00 | FA |
| 5 | Claim against PNC Bank and FirstMerit, N.A. | Unknown | $0.00 | | $0.00 | FA |
| 6 | Claim against Daniel Hyman, Receiver | Unknown | $0.00 | | $0.00 | FA |

| TOTALS (Excluding unknown value) | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| | $8,012,035.85 | $12,035.85 | $3,240,000.00 | $0.00 |

**Major Activities affecting case closing:**

   The Trustee sold real property of the Estate.  The Final Report was submitted to UST on  6/16/16.

| Initial Projected Date Of Final Report (TFR): | 08/30/2016 | Current Projected Date Of Final Report (TFR): | /s/ GUS A. PALOIAN |
|---|---|---|---|
| | | | GUS A. PALOIAN |

**FORM 2**

Page No: 1          Exhibit B

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 13-44986-ABG | |
| Case Name: | 35TH & MORGAN DEVELOPMENT CORP. | |
| Primary Taxpayer ID #: | **-***0954 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 11/20/2013 | |
| For Period Ending: | 8/2/2016 | |

| | |
|---|---|
| Trustee Name: | Gus A. Paloian |
| Bank Name: | East West Bank |
| Checking Acct #: | ******0267 |
| Account Title: | 35th & Morgan |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/02/2015 | | Transfer From: #******0323 | TRANSFER FUNDS TO PAY SPECIAL COUNSEL FEES | 9999-000 | $5,000.00 | | $5,000.00 |
| 07/02/2015 | 1001 | ROBERT H. ROSENFELD & ASSOCIATES, LLC | PAYMENT OF SPECIAL REAL ESTATE COUNSEL FEES - FIRST AND FINAL PAYMENT | 3210-600 | | $5,000.00 | $0.00 |
| 02/22/2016 | | Transfer From: #******0323 | TRANSFER FUNDS FOR PAYMENT OF SETTLEMENT FUNDS TO HARTSHORNE, PER COURT ORDER DATED 2/17/16 | 9999-000 | $79,000.00 | | $79,000.00 |
| 02/22/2016 | 1002 | Hartshorne Plunkard Ltd. | SETTLEMENT PAYMENT PER COURT ORDER DATED 2/17/16 | 4110-000 | | $79,000.00 | $0.00 |
| 02/22/2016 | 1002 | VOID: Hartshorne Plunkard Ltd. | | 4110-003 | | ($79,000.00) | $79,000.00 |
| 02/22/2016 | 1003 | Hartshorne Plunkard Ltd. | SETTLEMENT PAYMENT PER COURT ORDER DATED 2/17/16 | 4110-000 | | $79,000.00 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $84,000.00 | $84,000.00 | $0.00 |
| **Less: Bank transfers/CDs** | $84,000.00 | $0.00 | |
| **Subtotal** | $0.00 | $84,000.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $84,000.00 | |

| For the period of 11/20/2013 to 8/2/2016 | | For the entire history of the account between 05/22/2014 to 8/2/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $84,000.00 | Total Internal/Transfer Receipts: | $84,000.00 |
| | | | |
| Total Compensable Disbursements: | $84,000.00 | Total Compensable Disbursements: | $84,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $84,000.00 | Total Comp/Non Comp Disbursements: | $84,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-44986-ABG | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | 35TH & MORGAN DEVELOPMENT CORP. | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***0954 | | Checking Acct #: | ******0323 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | SALE PROCEEDS |
| For Period Beginning: | 11/20/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/2/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|---|
| 01/29/2015 | (1) | CHICAGO TITLE & TRUST | ESCROW FUNDS RECEIVED FROM TITLE COMPANY RE SALE OF 1010-1058 W. 35TH STREET | | 1110-000 | $540,000.00 | | $540,000.00 |
| 07/02/2015 | | Transfer To: #******0267 | TRANSFER FUNDS TO PAY SPECIAL COUNSEL FEES | | 9999-000 | | $5,000.00 | $535,000.00 |
| 01/14/2016 | | CHICAGO TITLE & TRUST CO LP | PROCEEDS FROM SALE OF PROPERTY | | * | $2,522,456.96 | | $3,057,456.96 |
| | {1} | | PROCEEDS FROM SALE OF PROPERTY | $2,700,000.00 | 1110-000 | | | $3,057,456.96 |
| | | | 2016 REAL ESTATE TAXES PAID TO COOK COUNTY (PRORATION 1/1/16 - 1/13/16) | $(1,025.04) | 2820-000 | | | $3,057,456.96 |
| | | | 2015 REAL ESTATE TAXES PAID TO COOK COUNTY | $(31,179.14) | 2820-000 | | | $3,057,456.96 |
| | | | COMMISSION PAID TO MARCUS & MILLICHAP | $(145,000.00) | 3510-000 | | | $3,057,456.96 |
| | | | MGR TITLE SERVICES - WATER CERTIFICATION FEES | $(125.00) | 2500-000 | | | $3,057,456.96 |
| | | | PAID TO CITY OF CHICAGO - WATER BILL | $(213.86) | 2500-000 | | | $3,057,456.96 |
| 02/22/2016 | | Transfer To: #******0267 | TRANSFER FUNDS FOR PAYMENT OF SETTLEMENT FUNDS TO HARTSHORNE, PER COURT ORDER DATED 2/17/16 | | 9999-000 | | $79,000.00 | $2,978,456.96 |
| 02/22/2016 | 2001 | ARTHUR B. LEVINE CO. | Bond Payment | | 2300-000 | | $1,211.59 | $2,977,245.37 |
| 02/29/2016 | 2002 | THE ENGINEERING STUDIO, INC. | PURSUANT TO COURT ORDER ENTERED 2/23/16 - SETTLEMENT OF MECHANIC'S LIEN | | 7100-000 | | $3,417.00 | $2,973,828.37 |
| 07/27/2016 | 2003 | SCHILLER, STRAUSS & LAVIN PC | PURSUANT TO COURT ORDER DATED 11/30/15 | | 3210-600 | | $5,000.00 | $2,968,828.37 |
| | | | | SUBTOTALS | | $3,062,456.96 | $93,628.59 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 13-44986-ABG | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | 35TH & MORGAN DEVELOPMENT CORP. | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***0954 | Checking Acct #: | ******0323 |
| Co-Debtor Taxpayer ID #: | | Account Title: | SALE PROCEEDS |
| For Period Beginning: | 11/20/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/2/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $3,062,456.96 | $93,628.59 | $2,968,828.37 |
| | | | Less: Bank transfers/CDs | | $0.00 | $84,000.00 | |
| | | | Subtotal | | $3,062,456.96 | $9,628.59 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $3,062,456.96 | $9,628.59 | |

| **For the period of 11/20/2013 to 8/2/2016** | | **For the entire history of the account between 01/28/2015 to 8/2/2016** | |
|---|---|---|---|
| Total Compensable Receipts: | $3,240,000.00 | Total Compensable Receipts: | $3,240,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,240,000.00 | Total Comp/Non Comp Receipts: | $3,240,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $187,171.63 | Total Compensable Disbursements: | $187,171.63 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $187,171.63 | Total Comp/Non Comp Disbursements: | $187,171.63 |
| Total Internal/Transfer Disbursements: | $84,000.00 | Total Internal/Transfer Disbursements: | $84,000.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 13-44986-ABG | |
| Case Name: | 35TH & MORGAN DEVELOPMENT CORP. | |
| Primary Taxpayer ID #: | **-***0954 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 11/20/2013 | |
| For Period Ending: | 8/2/2016 | |

| | | |
|---|---|---|
| Trustee Name: | Gus A. Paloian | |
| Bank Name: | East West Bank | |
| Checking Acct #: | ******0323 | |
| Account Title: | SALE PROCEEDS | |
| Blanket bond (per case limit): | $5,000,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $3,062,456.96 | $93,628.59 | $2,968,828.37 |

| For the period of 11/20/2013 to 8/2/2016 | |
|---|---|
| Total Compensable Receipts: | $3,240,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,240,000.00 |
| Total Internal/Transfer Receipts: | $84,000.00 |
| | |
| Total Compensable Disbursements: | $271,171.63 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $271,171.63 |
| Total Internal/Transfer Disbursements: | $84,000.00 |

| For the entire history of the case between 11/20/2013 to 8/2/2016 | |
|---|---|
| Total Compensable Receipts: | $3,240,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,240,000.00 |
| Total Internal/Transfer Receipts: | $84,000.00 |
| | |
| Total Compensable Disbursements: | $271,171.63 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $271,171.63 |
| Total Internal/Transfer Disbursements: | $84,000.00 |

/s/ GUS A. PALOIAN

GUS A. PALOIAN

CLAIM ANALYSIS REPORT                                                    Page No: 1                    Exhibit C

| Case No.: | 13-44986-ABG | | | | | | Trustee Name: | Gus A. Paloian | | | |
| Case Name: | 35TH & MORGAN DEVELOPMENT CORP. | | | | | | Date: | 8/2/2016 | | | |
| Claims Bar Date: | 01/20/2015 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEE | GUS A. PALOIAN<br><br>131 S. Dearborn Street<br>Suite 2400<br>Chicago IL 60603 | 06/07/2016 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $115,123.71 | $115,123.71 | $0.00 | $0.00 | $0.00 | $115,123.71 |
| ACCT | POPOWCER KATTEN, LTD.<br><br>35 E. WACKER DR., SUITE 1550<br>CHICAGO IL 60601 | 06/08/2016 | Accountant for Trustee Fees (Other firm) | Allowed | 3410-000 | $0.00 | $1,632.00 | $1,632.00 | $0.00 | $0.00 | $0.00 | $1,632.00 |
| ATTY E | SEYFARTH SHAW LLP | 06/07/2016 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $1,943.35 | $1,943.35 | $0.00 | $0.00 | $0.00 | $1,943.35 |
| ADMIN | PNC BANK, N.A. | 06/09/2016 | Other Chapter 7 Administrative Expenses | Allowed | 2990-000 | $0.00 | $134,196.19 | $134,196.19 | $0.00 | $0.00 | $0.00 | $134,196.19 |

**Claim Notes:**   PURSUANT TO COURT ORDER ENTERED 8/11/14 (DKT. NO. 154) - ADMINISTRATIVE EXPENSE CLAIM

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATTY | SCHILLER, STRAUSS & LAVIN PC<br>33 N. DEARBORN STREET<br>SUITE 650<br>CHICAGO IL 60602-3195 | 07/27/2016 | Special Counsel for Trustee Fees | Allowed | 3210-600 | $0.00 | $5,000.00 | $5,000.00 | $5,000.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   PURSUANT TO COURT ORDER ENTERED NOVEMBER 30, 2015

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATTY | ROBERT H. ROSENFELD & ASSOCIATES, LLC<br>33 NORTH DEARBORN<br>SUITE 1850<br>CHICAGO IL 60602 | 07/02/2015 | Special Counsel for Trustee Fees | Allowed | 3210-600 | $0.00 | $5,000.00 | $5,000.00 | $5,000.00 | $0.00 | $0.00 | $0.00 |
| ATTY F | SEYFARTH SHAW LLP | 06/07/2016 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $140,043.05 | $140,043.05 | $0.00 | $0.00 | $0.00 | $140,043.05 |

**Claim Notes:**   HOLDBACK FEES = $14,791.55
                   CURRENT FEES = $125,251.50

CLAIM ANALYSIS REPORT

| Case No. | 13-44986-ABG | | Trustee Name: | Gus A. Paloian |
| Case Name: | 35TH & MORGAN DEVELOPMENT CORP. | | Date: | 8/2/2016 |
| Claims Bar Date: | 01/20/2015 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | DUBIN & ASSOCIATES, INC. 4252 N. Cicero Chicago IL 60641 | 10/14/2014 | General Unsecured 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $3,024,438.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   (2-1) Management and Services Agreement

Claim was withdrawn on 5/5/15

| 52 | HARTSHORNE PLUNKARD LTD. Paul A. Brocksmith Brocksmith & Brocksmi 40 Skokie Blvd, Suite 400 Northbrook IL 60062 | 01/12/2015 | General Unsecured 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $206.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   Claim was withdrawn on 2/22/16 pursuant to settlement Order Dated 2/17/16 - jmm

| 6 | CITYSCAPE LANDSCAPE POB 482 Wood Dale IL 60191 | 06/10/2016 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,353.50 | $5,353.50 | $0.00 | $0.00 | $0.00 | $5,353.50 |
| 1 | DUBIN & ASSOCIATES, INC. 4252 N. Cicero Chicago IL 60641 | 10/10/2014 | SECURED CLAIMS | Withdrawn | 4110-000 | $4,000,000.00 | $4,000,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   (1-1) Mechanic&#039;s Lien Recorded on 3/21/11

Claim was withdrawn on 5/5/15

| 3 | PNC BANK, NATIONAL ASSOCIATION Attn: Jason Rockwell 1 North Franklin, Suite 2150 Chicago IL 60606 | 12/18/2014 | SECURED CLAIMS | Allowed | 4110-000 | $5,504,612.98 | $5,504,612.98 | $5,504,612.98 | $0.00 | $0.00 | $0.00 | $5,504,612.98 |
| 4 | FIRSTMERIT BANK, NATIONAL ASSOCIATION Attn: Tom Maxwell 501 W. North Avenue Melrose Park IL 60160 | 12/18/2014 | SECURED CLAIMS | Allowed | 4110-000 | $0.00 | $3,392,261.72 | $3,392,261.72 | $0.00 | $0.00 | $0.00 | $3,392,261.72 |

CLAIM ANALYSIS REPORT                                                                                           Page No: 3                    Exhibit C

| Case No. | 13-44986-ABG | | | | | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|---|---|---|---|
| Case Name: | 35TH & MORGAN DEVELOPMENT CORP. | | | | | | Date: | 8/2/2016 |
| Claims Bar Date: | 01/20/2015 | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5-1 | HARTSHORNE PLUNKARD LTD. c/o Paul A. Brocksmith Brocksmith & Brocksmi 40 Skokie Blvd, Suite 400 Northbrook IL 60062 | 01/12/2015 | SECURED CLAIMS | Allowed | 4110-000 | $0.00 | $109,085.99 | $79,000.00 | $79,000.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**     Claim was withdrawn on 2/22/16 pursuant to settlement Order Dated 2/17/16 - jmm

| 7 | THE ENGINEERING STUDIO, INC. | 02/29/2016 | SECURED CLAIMS | Allowed | 4110-000 | $0.00 | $14,500.00 | $3,417.00 | $3,417.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**     MECHANIC'S LIEN - DOC. # 1218710104 AGAINST THE PROPERTY AT 35TH & MORGAN.  TRUSTEE SETTLED WITH CLAIMANT.  SEE COURT ORDER ENTERED
                           2/23/15.

|  |  |  |  |  |  |  | $16,453,397.15 | $9,387,583.50 | $92,417.00 | $0.00 | $0.00 | $9,295,166.50 |

CLAIM ANALYSIS REPORT                                                              Page No: 4                    Exhibit C

| | |
|---|---|
| **Case No.** | 13-44986-ABG |
| **Case Name:** | 35TH & MORGAN DEVELOPMENT CORP. |
| **Claims Bar Date:** | 01/20/2015 |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Date:** | 8/2/2016 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other firm) | $1,632.00 | $1,632.00 | $0.00 | $0.00 | $0.00 | $1,632.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $1,943.35 | $1,943.35 | $0.00 | $0.00 | $0.00 | $1,943.35 |
| Attorney for Trustee Fees (Trustee Firm) | $140,043.05 | $140,043.05 | $0.00 | $0.00 | $0.00 | $140,043.05 |
| General Unsecured 726(a)(2) | $3,029,998.16 | $5,353.50 | $0.00 | $0.00 | $0.00 | $5,353.50 |
| Other Chapter 7 Administrative Expenses | $134,196.19 | $134,196.19 | $0.00 | $0.00 | $0.00 | $134,196.19 |
| SECURED CLAIMS | $13,020,460.69 | $8,979,291.70 | $82,417.00 | $0.00 | $0.00 | $8,896,874.70 |
| Special Counsel for Trustee Fees | $10,000.00 | $10,000.00 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $115,123.71 | $115,123.71 | $0.00 | $0.00 | $0.00 | $115,123.71 |

Exhibit D

### TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:        13-44986-ABG
Case Name:       35th & Morgan Development Corp.
Trustee Name:    Gus A. Paloian

Balance on hand:        $2,968,828.37

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3 | PNC Bank, National Association | $5,504,612.98 | $5,504,612.98 | $0.00 | $1,593,736.95 |
| 4 | FirstMerit Bank, National Association | $3,392,261.72 | $3,392,261.72 | $0.00 | $982,153.12 |
| 5-1 | Hartshorne Plunkard Ltd. | $109,085.99 | $79,000.00 | $79,000.00 | $0.00 |
| 7 | THE ENGINEERING STUDIO, INC. | $14,500.00 | $3,417.00 | $3,417.00 | $0.00 |

Total to be paid to secured creditors:        $2,575,890.07
Remaining balance:        $392,938.30

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Gus A. Paloian, Trustee Fees | $115,123.71 | $0.00 | $115,123.71 |
| SEYFARTH SHAW LLP, Attorney for Trustee Fees | $140,043.05 | $0.00 | $140,043.05 |
| SEYFARTH SHAW LLP, Attorney for Trustee Expenses | $1,943.35 | $0.00 | $1,943.35 |
| POPOWCER KATTEN, LTD., Accountant for Trustee Fees | $1,632.00 | $0.00 | $1,632.00 |
| Other: ROBERT H. ROSENFELD & ASSOCIATES, LLC, Special Counsel for Trustee Fees | $5,000.00 | $5,000.00 | $0.00 |
| Other: SCHILLER, STRAUSS & LAVIN PC, Special Counsel for Trustee Fees | $5,000.00 | $5,000.00 | $0.00 |
| Other: PNC BANK, N.A., Other Chapter 7 Administrative Expenses | $134,196.19 | $0.00 | $134,196.19 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses: | | $392,938.30 |
| Remaining balance: | | $0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | | |
|---|---|---|
| Total to be paid to prior chapter administrative expenses: | | $0.00 |
| Remaining balance: | | $0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | | |
|---|---|---|
| Total to be paid to priority claims: | | $0.00 |
| Remaining balance: | | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,353.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 63.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 6 | Cityscape Landscape | $5,353.50 | $0.00 | $0.00 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured claims: | | $0.00 |
| Remaining balance: | | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:    $0.00
Remaining balance:    $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:    $0.00
Remaining balance:    $0.00