**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | Case No. 13-44986-ABG |
| | ) | |
| **35TH & MORGAN DEVELOPMENT CORP.,** | ) ) | Chapter 7 |
| | ) | Hon. A. Benjamin Goldgar |
| **Debtor.** | ) | Hearing Date: September 12, 2016 |
| | ) | Hearing Time: 10:00 a.m. |

**COVER SHEET FOR FIRST AND FINAL APPLICATION OF
POPOWCER KATTEN, LTD, FOR COMPENSATION
AS ACCOUNTANTS FOR THE ESTATE**

Name of Applicant:     Popowcer Katten, Ltd., Accountants

Authorized to Provide
Professional Services to:     The Estate

Date of Order Authorizing
Employment:     June 24, 2015

Period for which Compensation
and Reimbursement is Sought:     January 21, 2016 through May 4, 2016

Amount of Final Fees Sought:     $1,632.00

Amount of Final Expense
Reimbursement Sought:     $    0.00

This is an:     X     Final          Interim Application.

Prior Applications          Date Filed     Amount Requested     Amount Awarded

None

Dated: August 9, 2016          Respectfully submitted,

          Popowcer Katten, Ltd., Accountants

          By: /s/ Lois West
               Lois West, CPA

27530580v.1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 13-44986-ABG |
| | ) |
| **35TH & MORGAN DEVELOPMENT CORP.,** | ) Chapter 7 |
| | ) |
| | ) Hon. A. Benjamin Goldgar |
| **Debtor.** | ) Hearing Date: September 12, 2016 |
| | ) Hearing Time: 10:00 a.m. |

### FIRST AND FINAL APPLICATION OF POPOWCER KATTEN, LTD. FOR ALLOWANCE OF COMPENSATION AS ACCOUNTANTS FOR THE ESTATE

Popowcer Katten, Ltd. ("Popowcer"), tax accountants for the Bankruptcy Estate of 35th & Morgan Development Corp. (the "Estate") respectfully presents its First and Final Application for the Allowance of Compensation (the "Application") for services rendered and to be rendered as accountants on behalf of Gus A. Paloian, not individually but solely as the Chapter 7 Trustee ("Trustee") for the period January 1, 2016 through May 4, 2016 (the "Application Period"). In support of this Application, Popowcer states as follows:

### FACTUAL AND PROCEDURAL BACKGROUND

1. On November 20, 2013, creditors of the Debtor filed a Chapter 7 involuntary bankruptcy petition against the Debtor in the United States Bankruptcy Court for the Northern District of Illinois, as Case No. 13-44986 (the "Case").

2. On April 29, 2014, the Bankruptcy Court entered an order overruling the Debtor's objections to the involuntary bankruptcy petition [Dkt. No. 120] and thereafter entered an order for relief under Chapter 7 of the Bankruptcy Code.

3. On May 9, 2014, the Office of the U.S. Trustee appointed Gus A. Paloian as the Chapter 7 Trustee in the Case [Dkt. No. 128].

27530580v.1

4.      On May 7 and May 19, 2014, the Debtor filed its Schedules A-G ("Schedules"), and its Statement of Financial Affairs [Dkt. Nos. 125, 129, 130].

5.      By its Order of June 24, 2015, this Court authorized the Trustee to employ Popowcer as accountants for the Estate.  A copy of the June 24, 2015 order is attached hereto as **Exhibit 1**.

## EXTENT AND NATURE OF SERVICES RENDERED

6.      Popowcer has advised the Trustee as to the Estate tax matters and performed accounting services relating to the review of parent corporation return reflecting tax filing of the Debtor corporation as a Qualified Subsidiary of an S Corporation and preparation of a letter to the parent corporation regarding the Trustee's activity for 2015 and anticipated transactions in 2016 to be reflected on the parent corporation income tax returns.

7.      In this Application, Popowcer seeks the allowance of $1,632.00 in final compensation for necessary services rendered.  A copy of Popowcer's invoice identifying the services provided is attached hereto as **Exhibit 2**.

## PRIOR COMPENSATION

8.      This is the first and final application that Popowcer will file in the case.

9.      Popowcer has not previously received payment of any compensation for services rendered in connection with this case.  Popowcer has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Popowcer.

## STATUS OF CASE

10.     The Trustee has completed his administration of this case.  The Trustee's final report has been filed simultaneously herewith.

## **RELIEF REQUESTED**

WHEREFORE, Popowcer requests the entry of an Order:

A. Allowing Popowcer final compensation in the amount of $1,632.00;

B. Authorizing the Trustee to pay Popowcer the amount of $1,632.00 in compensation, as part of Trustee's final distribution in this case from the funds on hand in the Estate; and

C. Granting such other and further relief as this Court deems proper.

Dated: August 9, 2016             Respectfully submitted,

                                  Popowcer Katten, Ltd., Accountants


                                  By: /s/ Lois West
                                       Lois West, CPA