## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | Case No. 13-44986-ABG |
| | ) | |
| **35TH & MORGAN DEVELOPMENT** | ) | Chapter 7 |
| **CORP.,** | ) | |
| | ) | Hon. A. Benjamin Goldgar |
| **Debtor.** | ) | Hearing Date:  September 12, 2016 |
| | ) | Hearing Time: 10:00 a.m. |

### CERTIFICATE OF SERVICE

The undersigned non-attorney hereby certifies that on August 9, 2016, she caused to be

served a true and correct copy of each of the **Notice of Trustee's Final Report and**

**Applications for Compensation and Deadline to Object** via (i) the Court's CMECF electronic

noticing system, upon all registered participants in this proceeding, so identified on the attached

Service List; and  (ii) First Class, U.S. Mail, postage prepaid, upon each of the parties, as noted,

on the attached Service List.

Dated:  August 9, 2016

_Jennifer M. McManus_
Jennifer M. McManus

Subscribed and sworn to be before me
this 9th day of August, 2016

_Teresa Marie Brown_
Notary Public



TERESA MARIE BROWN
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
May 12, 2020

28422312v.1

## 35TH & MORGAN DEVELOPMENT CORP.
### SERVICE LIST

### SERVED VIA ELECTRONIC CM/ECF

| | |
|---|---|
| Ronald Barliant | ronald.barliant@goldbergkohn.com, kristina.bunker@goldbergkohn.com |
| Stephen T. Bobo | sbobo@reedsmith.com |
| Aaron B. Chapin | achapin@reedsmith.com |
| Paul A. Brocksmith | paul@brocklaw.com |
| David R. Doyle | ddoyle@shawfishman.com, kjanecki@shawfishman.com |
| Zachary J. Garrett | zachary.garrett@goldbergkohn.com, kristina.bunker@goldbergkohn.com |
| Robert W. Glantz | rglantz@shawfishman.com, bharrington@shawfishman.com |
| Allison B. Hudson | ahudson@shawfishman.com, jhampton@shawfishman.com |
| Kevin Hunt | khunt@stahlcowen.com, ltrevino@stahlcowen.com |
| Andrew A. Jacobson | ajacobson@bupdlaw.com, nwood@bupdlaw.com |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Steven A. Levy | steven.levy@goldbergkohn.com, bonnie.maciejewski@goldbergkohn.com |
| Ariel Weissberg | ariel@weissberglaw.com; hava@weissberglaw.com; mike@weissberglaw.com; victor@weissberglaw.com; john@weissberglaw.com; ro@weissberglaw.com |

28422312v.1

**VIA UNITED STATES MAIL**

Cityscape Landscape
P.O. Box 482
Wood Dale, IL  60191

Hartshorne Plunkard Architect
232 N. Carpenter
Chicago, IL  60607

PNC Bank, N.A.
Attn:  Jason Rockwell
1 North Franklin, Suite 2150
Chicago, IL  60606-3475

Cook County Treasurer
118 N. Clark St.
Room 112
Chicago, IL  60602

Dubin & Associates Inc
4252 North Cicero Avenue
Chicago, IL  60641-1605

FirstMerit Bank, N.A.
Attn:  Tom Maxwell
501 N. Avenue
Merose Park, IL  60160-1628

28422312v.1

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-44986-ABG |
| | § | |
| 35th & Morgan Development Corp. | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATION FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gus A. Paloian, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:00 a.m. on Monday, September 12, 2016, in Courtroom 642**, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:    August 9, 2016                By:    /s/ Gus A. Paloian
                                                Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-44986-ABG |
| | § | |
| 35th & Morgan Development Corp. | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $3,240,000.00
*and approved disbursements of*               $271,171.63
*leaving a balance on hand of[1]:*            $2,968,828.37

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3 | PNC Bank, National Association | $5,504,612.98 | $5,504,612.98 | $0.00 | $1,593,736.95 |
| 4 | FirstMerit Bank, National Association | $3,392,261.72 | $3,392,261.72 | $0.00 | $982,153.12 |
| 5-1 | Hartshorne Plunkard Ltd. | $109,085.99 | $79,000.00 | $79,000.00 | $0.00 |
| 7 | THE ENGINEERING STUDIO, INC. | $14,500.00 | $3,417.00 | $3,417.00 | $0.00 |

Total to be paid to secured creditors:          $2,575,890.07
Remaining balance:          $392,938.30

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to | Proposed Payment |
|---|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

|  |  | Date |  |
|---|---|---|---|
| Gus A. Paloian, Trustee Fees | $115,123.71 | $0.00 | $115,123.71 |
| SEYFARTH SHAW LLP, Attorney for Trustee Fees | $140,043.05 | $0.00 | $140,043.05 |
| SEYFARTH SHAW LLP, Attorney for Trustee Expenses | $1,943.35 | $0.00 | $1,943.35 |
| POPOWCER KATTEN, LTD., Accountant for Trustee Fees | $1,632.00 | $0.00 | $1,632.00 |
| Other: ROBERT H. ROSENFELD & ASSOCIATES, LLC, Special Counsel for Trustee Fees | $5,000.00 | $5,000.00 | $0.00 |
| Other: SCHILLER, STRAUSS & LAVIN PC, Special Counsel for Trustee Fees | $5,000.00 | $5,000.00 | $0.00 |
| Other: PNC BANK, N.A., Other Chapter 7 Administrative Expenses | $134,196.19 | $0.00 | $134,196.19 |

Total to be paid for chapter 7 administrative expenses:     $392,938.30

Remaining balance:     $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

Remaining balance:     $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:     $0.00

Remaining balance:     $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,353.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 63.8 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 6 | Cityscape Landscape | $5,353.50 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00

Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00

Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00

Remaining balance: $0.00

Prepared By:  /s/ Gus A. Paloian
Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)