UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-44986 |
| | ) | |
| 35th & MORGAN DEVELOPMENT CORP. | ) ) ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) ) | |

### ORDER AWARDING FINAL COMPENSATION AND EXPENSE REIMBURSEMENT TO POPOWCER KATTEN, LTD. AS ACCOUNTANTS TO CHAPTER 7 TRUSTEE GUS A. PALOIAN

This matter coming to be heard on the First and Final Application for Allowance of Compensation and Expense Reimbursement of Popowcer Katten, Ltd., as Accountants to Gus A. Paloian, Trustee; due and proper notice having been given; and the Court being fully advised in these premises:

IT IS HEREBY ORDERED that Popowcer Katten, Ltd. is awarded final compensation in the amount of $1,632.00; and

IT IS FURTHER ORDERED that Gus A. Paloian, Trustee is authorized to pay the amounts awarded from the funds on hand in the estate as part of his final distribution in this case.

Enter:

United States Bankruptcy Judge

Dated: **0 3 OCT 2016**

**Prepared by:**
Gus A. Paloian (06188186)
Bret M. Harper (6299968)
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Rev: 20120501_bko