UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-44986 |
| | ) | |
| 35th & MORGAN DVELOPMENT CORP. | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING SEYFARTH SHAW LLP'S FIRST AND FINAL APPLICATION FOR COMPENSATION AND EXPENSE REIMBURSEMENT FOR PERIOD OF MAY 9, 2014 THROUGH THE CLOSE OF THE CASE

Upon the consideration of the First and Final Application for Compensation and Reimbursement of Expenses (the "Application") of Seyfarth Shaw LLP ("Seyfarth") as Counsel to Chapter 7 Trustee, Gus A. Paloian ("Trustee"), for the Period of May 9, 2014, through the Close of the Case, and for Other Related Relief; and it appearing that the Court has jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C §§ 157 and 1334; and it appearing to the Court that consideration of the Application and the relief requested therein is a core proceeding pursuant to 28 U.S.C. §§ 157(b); and it appearing to the Court that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing to the Court that due and sufficient notice of the Application has been provided and that no further notice being required; and the Court having reviewed the Application and having heard the statement in support of the relief requested therein at a hearing before the Court (the "Hearing"); and it is hereby

ORDERED that Seyfarth is allowed final compensation in the amount of $125,251.50 for the period February 1, 2015 through the close of the case as reasonable compensation for actual and necessary legal services rendered to the Trustee; and it is further

ORDERED that Seyfarth is allowed final reimbursement of expenses in the amount of $1,943.35 for the period February 1, 2015 through the close of the case for actual and necessary expenses incurred in the performance of services rendered to the Trustee; and it is further

ORDERED that Seyfarth is allowed final compensation on previously paid fees and expenses advanced by PNC Bank (the "Advances"), totaling $134,196.19 for the period May 9, 2014 through January 31, 2015; and it is further

ORDERED that Seyfarth is allowed final reimbursement of Holdback Fees in the amount of $14,791.55 or the period May 9, 2014 through January 31, 2015 for actual and necessary expenses incurred in the performance of services rendered to the Trustee; and it is further

ORDERED that the award herein is allowed as an administrative expense of the Estate pursuant to 11 U.S.C. §§503(a) and (b), and 507 (a)(2).

Rev: 20120501_bko

Enter:

_____
United States Bankruptcy Judge

Dated: **0 6 OCT 2016**

**Prepared by:**

Gus A. Paloian (06188186)
Bret M. Harper (6299968)
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
bharper@seyfarth.com