**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-44986-ABG |
| | § | |
| 35th & Morgan Development Corp. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $12,035.85 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $2,658,307.07 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $581,692.93 | | |

3) Total gross receipts of $3,240,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,240,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $12,907,120.60 | $13,020,460.69 | $8,979,291.70 | $2,654,890.07 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $581,692.93 | $581,692.93 | $581,692.93 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $505,823.16 | $3,029,998.16 | $5,353.50 | $0.00 |
| **Total Disbursements** | $13,412,943.76 | $16,632,151.78 | $9,566,338.13 | $3,240,000.00 |

4). This case was originally filed under chapter 7 on 11/20/2013. The case was pending for 37 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/06/2016     By:  /s/ Gus A. Paloian
                               Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 1008-1042 W. 35th Street, Chicago, IL 60609 (approx.) | 1110-000 | $3,240,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,240,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Dubin & Associates, Inc. | 4110-000 | $4,000,000.00 | $4,000,000.00 | $0.00 | $0.00 |
| 3 | PNC Bank, National Association | 4110-000 | $5,504,612.98 | $5,504,612.98 | $5,504,612.98 | $1,593,736.95 |
| 4 | FirstMerit Bank, National Association | 4110-000 | $0.00 | $3,392,261.72 | $3,392,261.72 | $982,153.12 |
| 5-1 | Hartshorne Plunkard Ltd. | 4110-000 | $0.00 | $109,085.99 | $79,000.00 | $79,000.00 |
| 7 | THE ENGINEERING STUDIO, INC. | 4110-000 | $14,500.00 | $14,500.00 | $3,417.00 | $0.00 |
| | Daniel J. Hyman | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | FirstMerit Bank | 4110-000 | $3,238,007.62 | $0.00 | $0.00 | $0.00 |
| | Hartshorne Plunkard Architecture | 4110-000 | $150,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$12,907,120.60** | **$13,020,460.69** | **$8,979,291.70** | **$2,654,890.07** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gus A. Paloian, Trustee | 2100-000 | NA | $115,123.71 | $115,123.71 | $115,123.71 |
| ARTHUR B. LEVINE CO. | 2300-000 | NA | $1,211.59 | $1,211.59 | $1,211.59 |
| MGR TITLE SERVICES - WATER | 2500-000 | NA | $125.00 | $125.00 | $125.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| CERTIFICATION FEES | | | | | |
| PAID TO CITY OF CHICAGO - WATER BILL | 2500-000 | NA | $213.86 | $213.86 | $213.86 |
| 2015 REAL ESTATE TAXES PAID TO COOK COUNTY | 2820-000 | NA | $31,179.14 | $31,179.14 | $31,179.14 |
| 2016 REAL ESTATE TAXES PAID TO COOK COUNTY (PRORATION 1/1/16 - 1/13/16) | 2820-000 | NA | $1,025.04 | $1,025.04 | $1,025.04 |
| PNC BANK, N.A. | 2990-000 | NA | $134,196.19 | $134,196.19 | $134,196.19 |
| SEYFARTH SHAW LLP, Attorney for Trustee | 3110-000 | NA | $140,043.05 | $140,043.05 | $140,043.05 |
| SEYFARTH SHAW LLP, Attorney for Trustee | 3120-000 | NA | $1,943.35 | $1,943.35 | $1,943.35 |
| ROBERT H. ROSENFELD & ASSOCIATES, LLC, Special Counsel for Trustee | 3210-600 | NA | $5,000.00 | $5,000.00 | $5,000.00 |
| SCHILLER, STRAUSS & LAVIN PC, Special Counsel for Trustee | 3210-600 | NA | $5,000.00 | $5,000.00 | $5,000.00 |
| POPOWCER KATTEN, LTD., Accountant for Trustee | 3410-000 | NA | $1,632.00 | $1,632.00 | $1,632.00 |
| COMMISSION PAID TO MARCUS & MILLICHAP, Realtor for Trustee | 3510-000 | NA | $145,000.00 | $145,000.00 | $145,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$581,692.93** | **$581,692.93** | **$581,692.93** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Cook County Treasurer | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Dubin & Associates, Inc. | 7100-000 | $0.00 | $3,024,438.02 | $0.00 | $0.00 |
| 52 | Hartshorne Plunkard Ltd. | 7100-000 | $0.00 | $206.64 | $0.00 | $0.00 |
| 6 | Cityscape Landscape | 7100-000 | $0.00 | $5,353.50 | $5,353.50 | $0.00 |
| | 3600 South Western LLC | 7100-000 | $304,000.00 | $0.00 | $0.00 | $0.00 |
| | Ag3 Advisory Services | 7100-000 | $900.00 | $0.00 | $0.00 | $0.00 |
| | Alert Protective Services, Inc. | 7100-000 | $174.00 | $0.00 | $0.00 | $0.00 |
| | Carol Taxman Ltd | 7100-000 | $4,275.00 | $0.00 | $0.00 | $0.00 |
| | Chicago Scaffolding | 7100-000 | $2,325.00 | $0.00 | $0.00 | $0.00 |
| | City Landscape | 7100-000 | $5,352.00 | $0.00 | $0.00 | $0.00 |
| | Daspin Aument LLP | 7100-000 | $9,897.00 | $0.00 | $0.00 | $0.00 |
| | David A. Bonoma, Ltd. | 7100-000 | $9,052.00 | $0.00 | $0.00 | $0.00 |
| | Guru Naganat | 7100-000 | $25,000.00 | $0.00 | $0.00 | $0.00 |
| | J & M Fence | 7100-000 | $490.00 | $0.00 | $0.00 | $0.00 |
| | Levenfeld Pearlstein | 7100-000 | $66,040.83 | $0.00 | $0.00 | $0.00 |
| | Masuda Funai Elfert & Mitchell | 7100-000 | $7,200.18 | $0.00 | $0.00 | $0.00 |
| | Matthew Walaszek | 7100-000 | $125.00 | $0.00 | $0.00 | $0.00 |
| | Miller Cooper & Co. Ltd. | 7100-000 | $20,800.00 | $0.00 | $0.00 | $0.00 |
| | Much Shelist | 7100-000 | $1,564.00 | $0.00 | $0.00 | $0.00 |
| | Muhammad Musheer Ahman | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| | National Construction Rentals | 7100-000 | $387.37 | $0.00 | $0.00 | $0.00 |
| | Nixon Peabody LLP | 7100-000 | $16,788.50 | $0.00 | $0.00 | $0.00 |
| | Novogradac & Company LLC | 7100-000 | $8,065.00 | $0.00 | $0.00 | $0.00 |
| | RFK Law Offices | 7100-000 | $600.00 | $0.00 | $0.00 | $0.00 |
| | The Blueprint | 7100-000 | $249.00 | $0.00 | $0.00 | $0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Shoppe |  |  |  |  |  |
| Thompson Coburn LLP | 7100-000 | $10,643.78 | $0.00 | $0.00 | $0.00 |
| Ulmer & Berne LLP | 7100-000 | $8,219.50 | $0.00 | $0.00 | $0.00 |
| Weissberg and Associates, Ltd. | 7100-000 | $3,475.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $505,823.16 | $3,029,998.16 | $5,353.50 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 13-44986-ABG | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | 35TH & MORGAN DEVELOPMENT CORP. | Date Filed (f) or Converted (c): | 11/20/2013 (f) |
| For the Period Ending: | 12/6/2016 | §341(a) Meeting Date: | 07/23/2014 |
| | | Claims Bar Date: | 01/20/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1008-1042 W. 35th Street, Chicago, IL 60609 (approx.) | $8,000,000.00 | $0.00 | | $3,240,000.00 | FA |
| **Asset Notes:** | Property sale concluded | | | | | |
| 2 | North Community Bank Checking Account (approx.) | $55.25 | $55.25 | | $0.00 | FA |
| 3 | PNC Bank Money Market Account (approx.) | $11,980.60 | $11,980.60 | | $0.00 | FA |
| 4 | Claims against Levenfeld Pearlstein, LLC for malpractice. | Unknown | $0.00 | | $0.00 | FA |
| 5 | Claim against PNC Bank and FirstMerit, N.A. | Unknown | $0.00 | | $0.00 | FA |
| 6 | Claim against Daniel Hyman, Receiver | Unknown | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                          **Gross Value of Remaining Assets**
                          $8,012,035.85         $12,035.85                         $3,240,000.00                                         $0.00

**Major Activities affecting case closing:**
06/16/2016   The Trustee sold real property of the Estate. The Final Report was submitted to UST on 6/16/16.

**Initial Projected Date Of Final Report (TFR):** 08/30/2016       **Current Projected Date Of Final Report (TFR):**          /s/ GUS A. PALOIAN

                                                                                                                            GUS A. PALOIAN

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-44986-ABG | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | 35TH & MORGAN DEVELOPMENT CORP. | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***0954 | | Checking Acct #: | ******0267 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | 35th & Morgan |
| For Period Beginning: | 11/20/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/6/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/02/2015 | | Transfer From: #******0323 | TRANSFER FUNDS TO PAY SPECIAL COUNSEL FEES | 9999-000 | $5,000.00 | | $5,000.00 |
| 07/02/2015 | 1001 | ROBERT H. ROSENFELD & ASSOCIATES, LLC | PAYMENT OF SPECIAL REAL ESTATE COUNSEL FEES - FIRST AND FINAL PAYMENT | 3210-600 | | $5,000.00 | $0.00 |
| 02/22/2016 | | Transfer From: #******0323 | TRANSFER FUNDS FOR PAYMENT OF SETTLEMENT FUNDS TO HARTSHORNE, PER COURT ORDER DATED 2/17/16 | 9999-000 | $79,000.00 | | $79,000.00 |
| 02/22/2016 | 1002 | Hartshorne Plunkard Ltd. | SETTLEMENT PAYMENT PER COURT ORDER DATED 2/17/16 | 4110-000 | | $79,000.00 | $0.00 |
| 02/22/2016 | 1002 | VOID: Hartshorne Plunkard Ltd. | | 4110-003 | | ($79,000.00) | $79,000.00 |
| 02/22/2016 | 1003 | Hartshorne Plunkard Ltd. | SETTLEMENT PAYMENT PER COURT ORDER DATED 2/17/16 | 4110-000 | | $79,000.00 | $0.00 |
| | | | **TOTALS:** | | $84,000.00 | $84,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $84,000.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $84,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $84,000.00 | |

| For the period of 11/20/2013 to 12/6/2016 | | For the entire history of the account between 05/22/2014 to 12/6/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $84,000.00 | Total Internal/Transfer Receipts: | $84,000.00 |
| | | | |
| Total Compensable Disbursements: | $84,000.00 | Total Compensable Disbursements: | $84,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $84,000.00 | Total Comp/Non Comp Disbursements: | $84,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 13-44986-ABG |
| **Case Name:** | 35TH & MORGAN DEVELOPMENT CORP. |
| **Primary Taxpayer ID #:** | **-***0954 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 11/20/2013 |
| **For Period Ending:** | 12/6/2016 |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Bank Name:** | East West Bank |
| **Checking Acct #:** | ******0323 |
| **Account Title:** | SALE PROCEEDS |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/29/2015 | (1) | CHICAGO TITLE & TRUST | ESCROW FUNDS RECEIVED FROM TITLE COMPANY RE SALE OF 1010-1058 W. 35TH STREET | 1110-000 | $540,000.00 | | $540,000.00 |
| 07/02/2015 | | Transfer To: #******0267 | TRANSFER FUNDS TO PAY SPECIAL COUNSEL FEES | 9999-000 | | $5,000.00 | $535,000.00 |
| 01/14/2016 | | CHICAGO TITLE & TRUST CO LP | PROCEEDS FROM SALE OF PROPERTY | * | $2,522,456.96 | | $3,057,456.96 |
| | {1} | | PROCEEDS FROM SALE OF PROPERTY $2,700,000.00 | 1110-000 | | | $3,057,456.96 |
| | | | 2016 REAL ESTATE TAXES PAID TO COOK COUNTY (PRORATION 1/1/16 - 1/13/16) $(1,025.04) | 2820-000 | | | $3,057,456.96 |
| | | | 2015 REAL ESTATE TAXES PAID TO COOK COUNTY $(31,179.14) | 2820-000 | | | $3,057,456.96 |
| | | | COMMISSION PAID TO MARCUS & MILLICHAP $(145,000.00) | 3510-000 | | | $3,057,456.96 |
| | | | MGR TITLE SERVICES - WATER CERTIFICATION FEES $(125.00) | 2500-000 | | | $3,057,456.96 |
| | | | PAID TO CITY OF CHICAGO - WATER BILL $(213.86) | 2500-000 | | | $3,057,456.96 |
| 02/22/2016 | | Transfer To: #******0267 | TRANSFER FUNDS FOR PAYMENT OF SETTLEMENT FUNDS TO HARTSHORNE, PER COURT ORDER DATED 2/17/16 | 9999-000 | | $79,000.00 | $2,978,456.96 |
| 02/22/2016 | 2001 | ARTHUR B. LEVINE CO. | Bond Payment | 2300-000 | | $1,211.59 | $2,977,245.37 |
| 02/29/2016 | 2002 | THE ENGINEERING STUDIO, INC. | PURSUANT TO COURT ORDER ENTERED 2/23/16 - SETTLEMENT OF MECHANIC'S LIEN | 7100-000 | | $3,417.00 | $2,973,828.37 |
| 07/27/2016 | 2003 | SCHILLER, STRAUSS & LAVIN PC | PURSUANT TO COURT ORDER DATED 11/30/15 | 3210-600 | | $5,000.00 | $2,968,828.37 |
| 10/10/2016 | 2004 | POPOWCER KATTEN, LTD. | Claim #: ; Distribution Dividend: 100.00; | 3410-000 | | $1,632.00 | $2,967,196.37 |
| 10/10/2016 | 2005 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3120-000 | | $1,943.35 | $2,965,253.02 |
| 10/10/2016 | 2006 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3110-000 | | $140,043.05 | $2,825,209.97 |
| 10/10/2016 | 2007 | PNC BANK, N.A. | Claim #: ; Distribution Dividend: 100.00; | 2990-000 | | $134,196.19 | $2,691,013.78 |
| 10/10/2016 | 2008 | Gus A. Paloian | Trustee Compensation | 2100-000 | | $115,123.71 | $2,575,890.07 |
| | | | **SUBTOTALS** | | $3,062,456.96 | $486,566.89 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-44986-ABG | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | 35TH & MORGAN DEVELOPMENT CORP. | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***0954 | | Checking Acct #: | ******0323 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | SALE PROCEEDS |
| For Period Beginning: | 11/20/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/6/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/10/2016 | 2009 | PNC Bank, National Association | Claim #: 3; Distribution Dividend: 28.95; | 4110-000 | | $1,593,736.95 | $982,153.12 |
| 10/10/2016 | 2010 | FirstMerit Bank, National Association | Claim #: 4; Distribution Dividend: 28.95; | 4110-000 | | $982,153.12 | $0.00 |
| | | | **TOTALS:** | | $3,062,456.96 | $3,062,456.96 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $84,000.00 | |
| | | | **Subtotal** | | $3,062,456.96 | $2,978,456.96 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,062,456.96 | $2,978,456.96 | |

| For the period of 11/20/2013 to 12/6/2016 | | For the entire history of the account between 01/28/2015 to 12/6/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,240,000.00 | Total Compensable Receipts: | $3,240,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,240,000.00 | Total Comp/Non Comp Receipts: | $3,240,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3,156,000.00 | Total Compensable Disbursements: | $3,156,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,156,000.00 | Total Comp/Non Comp Disbursements: | $3,156,000.00 |
| Total Internal/Transfer Disbursements: | $84,000.00 | Total Internal/Transfer Disbursements: | $84,000.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-44986-ABG | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | 35TH & MORGAN DEVELOPMENT CORP. | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***0954 | Checking Acct #: | ******0323 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | SALE PROCEEDS |
| For Period Beginning: | 11/20/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/6/2016 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
|  | $3,062,456.96 | $3,062,456.96 | $0.00 |

**For the period of 11/20/2013 to 12/6/2016**

| | |
|---|---|
| Total Compensable Receipts: | $3,240,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,240,000.00 |
| Total Internal/Transfer Receipts: | $84,000.00 |
| | |
| Total Compensable Disbursements: | $3,240,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,240,000.00 |
| Total Internal/Transfer Disbursements: | $84,000.00 |

**For the entire history of the case between 11/20/2013 to 12/6/2016**

| | |
|---|---|
| Total Compensable Receipts: | $3,240,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,240,000.00 |
| Total Internal/Transfer Receipts: | $84,000.00 |
| | |
| Total Compensable Disbursements: | $3,240,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,240,000.00 |
| Total Internal/Transfer Disbursements: | $84,000.00 |

/s/ GUS A. PALOIAN

GUS A. PALOIAN